July 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MILTON  TYRONE DEARBORN, Appellant

NO. 14-15-00470-CR                                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The court orders the judgment **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Milton  Tyrone Dearborn.

We further order this decision certified below for observance.